UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ELIZABETH TRACHTENBERG, M.D., | Case No. 17-cv-00386-WHO |
|---|---|
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CIGNA, | |
| Defendant. | |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the currently scheduled Initial Case Management Conference in this action is continued to May 9, 2017, at 2:00 p.m. The parties shall file their Joint Case Management Conference Statement on May 2, 2017.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE