UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH TRACHTENBERG, M.D., Plaintiff, v. LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant. | Case No. 17-cv-00386-WHO **ORDER OF DISMISSAL** |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: April 28, 2017

_____
WILLIAM H. ORRICK
United States District Judge